IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF JEFFREY H. WARE, by BARBARA BOYER, Individually, on behalf of Wrongful Death Beneficiaries, and as Administratrix of the ESTATE OF JEFFREY H. WARE, | : : : : : : |
| Plaintiff, | : CIVIL ACTION NO. 14-14 |
| v. | : : |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PENNSYLVANIA, PERELMAN SCHOOL OF MEDICINE UNIVERSITY OF PENNSYLVANIA, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, ANN R. KENNEDY, D.S.C., GARY KAO, M.D., MICHELLE ALONSO-BASANTA, M.D., NATIONAL SPACE BIOMEDICAL RESEARCH INSTITUTE, and CENTER FOR ACUTE RADIATION RESEARCH, | : : : : : : : : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 19th day of December, 2014, after considering the motion to remand filed by the plaintiff (Doc. No. 9), and after also considering the notice of removal (and the documents, including the complaint, attached thereto) filed by the defendants (Doc. No. 1), the parties' submissions relating to the motion to remand (Doc. Nos. 13, 14, 15), the report and recommendations filed by United States Magistrate Judge M. Faith Angell (Doc. No. 20), the objections to the report filed by the plaintiff (Doc. No. 23), and the defendants' responses to the objections (Doc. Nos. 25, and 26); accordingly, it is hereby **ORDERED** as follows:

1. The plaintiff's objections to the report and recommendations (Doc. No. 23) are **OVERRULED**;[1] and

2.     The Honorable M. Faith Angell's report and recommendations (Doc. No. 20) is **APPROVED** and **ADOPTED**; and

3.     The motion to remand (Doc. No. 9) is **DENIED**.

BY THE COURT:



_____
EDWARD G. SMITH, J.

---

[1] The court conducts a *de novo* review and determination of the portions of the report and recommendations by the magistrate judge to which there are objections. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."); *see also* E.D. Pa. Loc. R. Civ. P. 72.1(IV)(b) (providing requirements for filing objections to magistrate judge's proposed findings, recommendations or report).