UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ESTATE OF JEFFREY H. WARE, | : |
| Plaintiff, | : |
| v. | : No. 2:14-cv-00014 |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA et al., | : |
| Defendants. | : |

_____

**O R D E R**

AND NOW, this 29th day of September, 2015, upon consideration of Defendants' Motions to Dismiss and Motion to Strike, ECF Nos. 44, 45, for the reasons set forth in the Memorandum issued this date, **IT IS ORDERED** that the Motions are **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge